UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>  v.<br><br>Eleven United States Postal Service Money Orders totaling $11,000, and $2,300 in U.S. Currency,<br><br>    Defendants. | Civil Action No. 1:20-CV-343 (GTS/CFH)<br><br>**FINAL ORDER OF FORFEITURE** |

  Upon consideration of the United States' Motion for Default Judgment and Final Order of Forfeiture pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and General Order #15 of this Court, it is hereby ORDERED that the Motion is hereby GRANTED, and it is further

  ORDERED that Judgment of Default be entered against the defendant property, and it is further

  ORDERED that the defendant property is hereby forfeited to the United States, and it is further

  ORDERED that any claims to the defendant property are hereby forever barred.

  IT IS SO ORDERED.

Dated: December 22, 2020

Hon. Glenn T. Suddaby
Chief U.S. District Judge